IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-14-389 |
| | § | |
| SANTOS MONDRAGON-PENALOZA, | § | |

## ORDER

The defendant's motion to waive the presentence investigation report, (Docket Entry No. 21), is granted. The information in the record enables the court to exercise its sentencing authority meaningfully under 18 U.S.C. § 3553. The preparation of the presentence report is waived under Fed. R. Crim. P. 32(b)(1). The sentencing is reset to **November 26, 2014, at 9:00 a.m**

SIGNED on November 24, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge